**No. 11-6489. Marshall Lee Gore, Petitioner v. Florida.**

565 U.S. 1175, 132 S. Ct. 1139, 181 L. Ed. 2d 1012, 2012 U.S. LEXIS 681.

January 17, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1065, 132 S. Ct. 768, 181 L. Ed. 2d 494, 2011 U.S. LEXIS 8504.